IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DARRYL TAYLOR**                                                                                          **PLAINTIFF**

v.                                     CASE NO. 3:23-CV-00154-BSM

**WALGREEN CO.**
**d/b/a Walgreens #15852**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February, 2024.


_____
UNITED STATES DISTRICT JUDGE